## BROOKS *v.* FLORIDA.

No. 681.  Decided February 17, 1964.

Appellant *pro se.*

*James W. Kynes,* Attorney General of Florida, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## PERSINGER *v.* WASHINGTON.

No. 745, Misc.  Decided February 17, 1964.

Appellant *pro se.*

*James E. Kennedy* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.